# First District.

Ignatius Chap, appellee, v. Lithuanian National Catholic Church of America et al., defendants, on appeal of Lewis Kent Dalrymple, appellant. Gen. No. 37,884.

Opinion filed November 5, 1935.

John C. Gekas, for appellant. Igoe & Flaherty and George H. Mason, for appellee; George H. Mason, of counsel.

Mr. Presiding Justice Scanlan delivered the opinion of the court.

Wilfred Westlund and Violette Westlund, appellees, v. Federal Life Insurance Company, appellant. Gen. No. 37,957.

Opinion filed November 5, 1935.

Eckert & Peterson, for appellant; Tom Leeming, of counsel. Daniel L. Madden, for appellees; Edward J. Kelley, of counsel.

Mr. Presiding Justice Scanlan delivered the opinion of the court.

Edward O. Tudor, appellee, v. Russell Firebaugh, appellant. Gen. No. 37,971.

Opinion filed November 5, 1935.

William Sherman Stahl, for appellant. Maxwell L. Rubin, for appellee.

Mr. Presiding Justice Scanlan delivered the opinion of the court.